UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :          **ORDER**

          - against -                :          13 Cr. 114 (DC)

JONATHAN COLON,                      :

                    Defendant.      :

- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

      Mr. Colon's request for the appointment of counsel to bring civil claims is denied.  If he wishes to bring such claims, he may file a separate civil action, which he can do with the assistance of retained counsel or *pro se*.

      The Court notes that Mr. Colon was not sentenced as a "cooperator" and the Government did not submit a 5K1 letter.

      SO ORDERED.

Dated:   New York, New York
         November 4, 2020


                              ___s/Denny Chin_____
                              DENNY CHIN
                              United States Circuit Judge
                              Sitting by Designation